UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 4:22CR114 |
| ) | |
| SHERMAN SCOTT ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

This matter is before the Court on the defense counsel's Motion for Leave of Absence.

After careful consideration, said Motion is **GRANTED** for the following dates:

| | | | |
|---|---|---|---|
| March 21, 2023 | April 13, 2023 | April 18, 2023 | May 16, 2023 |
| June 20, 2023 | July 18, 2023 | August 15, 2023 | |
| March 23, 2023 to March 28, 2023 | | June 13, 2023 to June 16, 2023 | |

SO ORDERED, this  20th  day of March, 2023.

*[signature]*
Christopher L. Ray
U.S. Magistrate Judge
Southern District of Georgia